AO 450 (Rev. 01/09)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the

District of South Carolina

Gail Patricia Moore,
  *Plaintiff*
    v.                                    Civil Action No.    0:21-1276-SAL

Commissioner of the Social Security Administration,
  *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the action is remanded for further administrative action.

This action was *(check one)*:

■ decided by the Honorable Sherri A. Lydon, United States District Judge presiding. The court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett who reversed the decision of the Commissioner and remanded this action for further administrative action.

*CLERK OF COURT*

Date: 6/30/2022

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*